IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN HARRELL** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **PATHMARK et al.**, | : | No. 14-5260 |
| *Defendants*. | : | |

## ORDER

AND NOW, this 26th of February, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 11) and the Response thereto (Doc. No. 12), the Court **hereby ORDERS** the Motion for Summary Judgment is **GRANTED** and the case is dismissed with prejudice. The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge